AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

**MARY E. WHITE**
       Plaintiff

V.

**CHIEF JUSTICE STUART RABNER**
       Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 08-3870 (DRD)

    Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

    IT IS ORDERED that the application is:

☐   GRANTED, and

    ☐ The clerk is directed to file the complaint, and

    ☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☒ DENIED, for the following reasons: _No in forma pauperis application submitted_

ENTER this 11th day of August, 2008

_____
Signature of Judicial Officer

Dickinson R. Debevoise, U.S.S.D.J.
Name and title of Judicial Officer